IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RECO DONEL MITCHNER, #26115-039                                        PETITIONER

VERSUS                                        CIVIL ACTION NO.  5:06cv191-DCB-MTP

CONSTANCE REESE                                                         RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the

opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause

be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the    5th    day of    July   , 2007.


            s/ David Bramlette
       UNITED STATES DISTRICT JUDGE